## WAIVER OF SERVICE OF SUMMONS

To:   M. HARVEY REPHEN & ASSOCIATES, P.C., *Migliaccio, et al*
    *Bronson and*
I, *Jonathan P. Cawley - for* (Defendant Name) acknowledge receipt of your request that I waive service of a summons in the action of **AMY BELLER v. BRONSON & MIGLIACCIO, et. al.**, which is case/docket number 09cv5022 in the United States District Court, for the Eastern District of New York.

   I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I *(or the entity on whose behalf I am acting)* be served with judicial process in the manner provided by Federal Rules of Civil Procedure Rule 4.

   I *(or the entity on whose behalf I am acting)* will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me *(or the party on whose behalf I am acting)* if an answer or motion under Federal Rules of Civil Procedure Rule 12 is not served upon you within 60 days after ~~April~~ *November 30*, 2009, or within 90 days after that date if the request was sent outside the United States.

Dated:   November 30th, 2009

By: */s/ Jonath. P. Cawley/*
Name: *Jonathan P. Cawley*
Title: *Attorney*
Firm: *Bronson and Migliaccio, LLP*
Address: *415 Lawrence Bell Dr*
*Williamsville, NY 14221*
*716-635-9550*